```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

RONALD MARTIN,
    Plaintiff,

      v.                                CIVIL ACTION NO.
                                        08-11971-MBB

SUSAN CLAVIN,
JESSIE FURTADO,
JUSTIN PRARIO,
STEVEN O'BRIEN,
JAMES BENDER,
KENNETH NELSON,
HAROLD CLARKE and
COLLEEN ROSALES,
    Defendants.

## FINAL JUDGMENT

### September 9, 2010

**BOWLER, U.S.M.J.**

    The issues having been duly heard and a decision rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiff Ronald Martin take nothing, that this action be dismissed on the merits, and that defendants recover of plaintiff their costs under Rule 54(d)(1), Fed. R. Civ. P.

                                          /s/ Marianne B. Bowler
                                          **MARIANNE B. BOWLER**
                                          United States Magistrate Judge